

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

Order Denying Motion for Motion for Rehearing

Appellate case name:      Charlie Thomas Chevrolet, Ltd d/b/a Champion Chevrolet Gulf
                          Freeway v. Genaro Martinez

Appellate case number:   01-17-00830-CV

Trial court case number:  2012-27666

Trial court:              164th District Court of Harris County


      Appellee Genaro Martinez's motion for rehearing is denied.

      It is so ORDERED.


Judge's signature: /s/ <u>Richard Hightower</u>
                     Acting for Court

Panel consists of Justices Lloyd, Kelly, and Hightower


Date:  <u>January 7, 2020</u>